

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2014

No. 04-14-00412-CR

Robert **MARTINEZ, JR**.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6698
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Extension of Time to File Motion for Rehearing, and the motion is GRANTED. The panel has also considered the Appellant's Motion for Rehearing, and the motion is DENIED.

It is so **ORDERED** on the 4th day of September, 2014.

                                                                    **PER CURIAM**

ATTESTED TO: _____
             Keith E. Hottle
             Clerk of Court          .